IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 2:05-637 DCN |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| ASHLEY BURTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before this court pursuant to defendant's motion for early termination of her supervised release. Upon careful review of the case, it is hereby

**ORDERED** that defendant's supervised release be terminated effective the date of this order.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

April 29, 2014
Charleston, South Carolina